**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| RE: ALONZO A BROWN | ) | Case No. 19 B 29302 |
| | ) | |
| Debtor ) | Chapter 13 |
| | ) | |
| | ) | Judge: JACQUELINE P COX |

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no.49 having been

found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY

CONFIRMED.


ENTER:

_Jacqueline P Cox_

DATED: _____APR 1 3 2020_____          _____J. Cox_____
                                                          JUDGE


Non-Binding Plan Summary:

| Monthly Pymt. | Term | Est. Unsec% |
|---|---|---|
| $620.00 | 60 | 3.00 |